**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re: AGF CONSTRUCTION, INC.        §      Case No. 9:14-bk-11854-DS
                                                            §
                                                             §
                                                             §
                 Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

        Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Jeremy W. Faith, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

        The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

1415 State Street

Santa Barbara, CA 93101

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 1:30 p.m. on December 22, 2016 in Courtroom 202, located at 1415 State Street, Santa Barbara, California 93101. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 11/15/2016            Jeremy W. Faith: /s/ Jeremy W. Faith

                                                                                                        Chapter 7 Trustee

Jeremy W. Faith
16030 Ventura Blvd., Suite 470
Encino, CA 91436
(818) 705-2777
trustee@marguliesfaithlaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re: AGF CONSTRUCTION, INC.  §  Case No. 9:14-bk-11854-DS
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 12,096.98 |
| *and approved disbursements of:* | $ 422.82 |
| *leaving a balance on hand of*[1]*:* | $ 11,674.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,674.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Jeremy W. Faith | 1,959.70 | 0.00 | 1,959.70 |
| Trustee, Expenses - Jeremy W. Faith | 105.78 | 0.00 | 105.78 |
| Accountant for Trustee Fees (Other Firm) - Hahn Fife & Co., LLP | 1,336.50 | 0.00 | 1,336.50 |
| Accountant for Trustee Expenses (Other Firm) - Hahn Fife & Co., LLP | 202.90 | 0.00 | 202.90 |
| Bond Payments - INTERNATIONAL SURETIES | 7.96 | 7.96 | 0.00 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 1,861.63 | 0.00 | 1,861.63 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ 5,466.51 |
| Remaining balance: | $ 6,207.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 6,207.65 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,951.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | 753.33 | 0.00 | 522.41 |
| 5P | Employment Development Department | 8,198.26 | 0.00 | 5,685.24 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 6,207.65 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $180,361.37 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Trustees of the So. Cal. Pipe Trade c/o Laquer, Urban, Clifford & Hodge Attn: Matthew T. Bechtel | 175,856.35 | 0.00 | 0.00 |
| 4 | JR INDUSTRIES, LLC | 2,860.00 | 0.00 | 0.00 |
| 5U | Employment Development Department | 1,645.02 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

                      Jeremy W. Faith: /s/ Jeremy W. Faith
                                        Chapter 7 Trustee

Jeremy W. Faith
16030 Ventura Blvd., Suite 470
Encino, CA 91436
(818) 705-2777
trustee@marguliesfaithlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**